EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: <br><br> Rafael Vázquez Colón | 2010 TSPR 29 <br><br> 178 DPR _____ |

Número del Caso: TS-2098


Fecha: 8 de marzo de 2010


Abogado de la Parte Peticionaria:

                Por derecho propio


Materia: Baja Voluntaria del Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte


Rafael Vázquez Colón

                          2098




RESOLUCIÓN


San Juan, Puerto Rico, a  8  de marzo de 2010.

    Examinada la Solicitud de Baja Voluntaria presentada por el Lcdo. Rafael Vázquez Colón se autoriza la baja voluntaria del ejercicio de la profesión.

    Publíquese.

    Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                    Aida Ileana Oquendo Graulau
                    Secretaria del Tribunal Supremo